# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-17863-AMC

BINH NGUYEN

332 CLEAR SPRING ROAD

LANSDALE, PA 19446

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

BINH NGUYEN

332 CLEAR SPRING ROAD

LANSDALE, PA 19446

Counsel for debtor(s), by electronic notice only.

ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

                                          /S/ William C. Miller

Date: 2/1/2018                          _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee