United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-17863-amc
Binh Nguyen                                                     Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: PaulP                 Page 1 of 1         Date Rcvd: Mar 06, 2018
                               Form ID: pdf900             Total Noticed: 11
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2018.
db             +Binh Nguyen,    332 Clear Spring Road,    Lansdale, PA 19446-2904
14016962       +Bank of America,    PO Box 660933,    Dallas, TX 75266-0933
14016963        Becket & Lee,    POB 3001,    Malvern, PA 19355-0701
14016964      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Financial Services,    PO Box 5855,
                  Carol Stream, IL 60197-5855)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Mar 07 2018 02:58:06      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 07 2018 02:57:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 07 2018 02:57:48     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2018 02:54:10      Orion (VERIZON),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14016961        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 07 2018 02:59:59      American Infosource,
                 as agent for T-Mobile,    PO Box 248838,    Oklahoma City, OK 73124-8838
14017550       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2018 02:54:10
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14061614       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 07 2018 03:00:04      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 7

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    NEWLANDS ASSET HOLDING TRUST KMcDonald@blankrome.com
              REBECCA ANN SOLARZ    on behalf of Creditor   NEWLANDS ASSET HOLDING TRUST bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              ZACHARY PERLICK    on behalf of Debtor Binh Nguyen Perlick@verizon.net,    pireland1@verizon.net
                                                                                               TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BINH NGUYEN                                             Chapter 13

                    Debtor            Bankruptcy No. 17-17863-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __6th__ day of __March__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-


Debtor:
BINH  NGUYEN

332 CLEAR SPRING ROAD

LANSDALE, PA 19446